KORROL MANUFACTURING Co., INC., Appellant, *v.* MAE MANDULA, Respondent*

Supreme Court, Appellate Term, First Department, May 25, 1943.

* See, also, *Mandula* v. *Korrol Mfg. Co., Inc.,* 180 Misc. 378.—[REP.

*Emmet L. Holbrook* for appellant.

*Nathan Cooper* for respondent.

*Per Curiam.* Plaintiff established and proved a *prima facie* case of fraud and deceit. It was therefore error to dismiss the complaint at the end of plaintiff's case and to direct judgment for the defendant.

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event. Appeal from order dismissed.

SHIENTAG, ROSENMAN and McLAUGHLIN, JJ., concur.